No. 714. GREEN COUNTY, KENTUCKY, PETITIONER, *v.* MARY AMIS QUINLAN, EXECUTRIX, ETC.; and No. 715. GREEN COUNTY, KENTUCKY, PETITIONER, *v.* JOHN THOMAS' EXECUTOR ET AL. May 4, 1908. Petitions for writs of certiorari to the United

States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Ernest Macpherson* for petitioner. *Mr. Edmund F. Trabue, Mr. George DuRelle* and *Mr. Attilla Cox, Jr.,* for respondent in No. 714, and *Mr. Alexander Pope Humphrey* for respondents in No. 715.